IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | |
|---|---|
| KENNIS RIVERA <br> and ADA MEJIA <br><br> Plaintiffs, <br><br> v. <br><br> JET AUTOMOTIVE SERVICES, et. al. <br><br> Defendants. | ) <br> ) <br> ) <br> )    CASE NO.: <br> )    20-cv-01037-ADC <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

Upon consideration of Plaintiffs Kennis Rivera and Ada Mejia and Defendants JET Automotive Services, LLC and Anthony Korolev's Joint Motion to Approve Settlement, it is this 6th day of January, 2022, hereby

**ORDERED**, that the Settlement Agreement is **APPROVED** as a fair and reasonable resolution of the parties' Fair Labor Standards Act ("FLSA") dispute;

**ORDERED**, that the Parties' Joint Motion is **GRANTED**;

**ORDERED**, that the following briefing schedule is entered as to the issue of attorney's fees:  Within fourteen (14) days of the Court Order approving this Agreement, the Plaintiffs may file a Motion for Attorneys' Fees and Costs, for the purpose of allowing the Court to make a final resolution of the demands for attorneys' fees and costs. The Plaintiffs' Motion will be a 3-page single-spaced brief with one exhibit. Fourteen (14) days thereafter the Defendants may submit a 5-page single-spaced brief opposition with one exhibit. Seven (7) days thereafter Plaintiffs may file a 3-page single-spaced reply.

**FURTHER ORDERED**, that Plaintiffs' counsel shall promptly advise the Court after all payments have been received by Plaintiffs (including an award of attorney's fees, if any), and shall file a Notice of Stipulated Dismissal, dismissing this Lawsuit with prejudice, and upon such time, all claims shall be **DISMISSED** with prejudice; and the Clerk of Court will **CLOSE** this case, subject only to the reopening of this case, pursuant to Local Rule 111, if any of the payments provided in the Settlement Agreement are returned as uncollectable for any reason whatsoever, including but not limited to, returned for insufficient funds.

Hon. A. David Copperthite
U.S. District Court for the District of Maryland